IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK W. CANNELLA,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1672

Opinion filed August 15, 2014.

Petition for Writ of Certiorari.

Don Pumphrey, Jr. of Pumphrey & Prince, LLC, and Michael Ufferman, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

VAN NORTWICK, CLARK, AND SWANSON, JJ., CONCUR.